# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

FILED
APR 23 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Salim Mateen-el R-68146 )
  Plaintiff )
 )
  vs. )   Case No. _____
Peoria County Jail )
Chief Jailer )
John Doe Staff )   The case number will be assigned by the clerk)
Peoria County Jail Administrative Staff
Chief Jailor Peoria County Jail
7-3 shift Jailors John Doe names unknown
3-11 shift Jailors  "        "       "      "
11-7       Jailors  "        "       "      "
 )
_____ )
 )
_____ )
 )
_____,
 )
  Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often

---

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

*brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Solim Mateen-EL

Prison Identification Number: R-68146

Current address: 2500 Rt 99 South
Mt. Sterling IL 62353

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Names of Defendants unknown at this time

2

Current Job Title: _____

Current Work Address _____

_____

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #3:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number _____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint*

4

and its attachments. *You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐   No ☒

If your answer is no, explain why not I ask for forms. 7 to 3pm officer stated, "you do not need a form, this is the norm here."

C. Is the grievance process completed?   Yes ☐   No ☒

## V. STATEMENT OF CLAIM

Place(s) of the occurrence Peoria County Jail 301 N. Maxwell Rd, Peoria IL.

Date(s) of the occurrence 11-08-07 to 01-31-08

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

**THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Forced to sleep on concrete floor in day room of section H2, 11-09-07 to 12-10-07. I was attacked at night. No officers on 11-7 shift to stop assaults. Deliberate indifference to my request for a bed + protection.

5

As a pre-trial detainee I was subject to harsh conditions which failed to provide me with the basic human necessities needed. I had to sleep on a concrete floor. The cold concrete and moisture made my bones ache.

I requested help from staff on each shift and was ignored and denied help. Staff turned a blind eye to the assaults on my person at night. My commissary, blanket, mattress, and food was taken by stronger, younger inmates. I suffered numerous injuries to my face, head, body.

These actions by defendants violated my 14th Ammendment Due Process Clause protections before I plead guilty, And then violated the 8th Amendment protections from Cruel & unusual punishment And Deliberate Indifference After I plead guilty violated 14th Amendment, And 8th Amendment of the U.S. Constitution.

6

## RELIEF REQUESTED

*(State what relief you want from the court.)*

I request compensation for my pain & suffering in the amount of 250,000, two hundred and fifty thousand dollars.

I request that Peoria County Jail staff address the overcrowding policies and correct the lack of staff to provide protection.

JURY DEMAND    Yes ☒    No ☐

Signed this  3-28-08  day of _____ , 20____ .

_Salim Mateen-El_
*( Signature of Plaintiff)*

10

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Solim Mateen-El | R-68146 |
| Address: 2500 Rt 99 South Mt. Sterling, IL 62353 | Telephone Number: |

11